IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHERRY VILLA,                           )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )         CIVIL ACTION NO. 2:07cv151-WKW
                                        )
AUTAUGA COUNTY, ALABAMA, et al., )
                                        )
            Defendants.                 )

## ORDER

It is hereby ORDERED that this matter is set for a mediation conference on October 15, 2007 at 2:00 p.m. in Courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.   It is further

ORDERED that counsel and the parties or a representative with full authority to settle the case shall appear at and attend this conference.  The plaintiff should be prepared to present documents substantiating any claims for damages.

On or before the close of business on October 11, 2007, each party shall provide the undersigned judge with a confidential mediation conference statement.  The statement should not be filed with the clerk's office and should not be served on the other parties.  The statement is solely for the court's use in preparing for the mediation conference.  The statement shall be limited to ten (10) pages and should include:

1. An estimate of the costs of future litigation in this case, including the cost of trial and trial preparation;

2. A history of past settlement discussions;

3. A candid assessment of the strengths and weaknesses of the party's claims and defenses;

and

4.  The relief sought -- where damages are sought, the party should provide the court with evidence supporting their damage request.

If no timely mediation statement is sent to the court by all parties involved, the mediation ordinarily will not go forward as scheduled.  If the parties settle this lawsuit prior to mediation, they should notify both the magistrate judge and the district judge.

DONE, this 14th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE