IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHERRY VILLA,                              )
                                           )
            Plaintiff,                     )
                                           )
       v.                                  )    CIVIL ACTION NO.  2:07cv151-WKW
                                           )
AUTAUGA COUNTY, ALABAMA, et al., )
                                           )
            Defendants.                    )

## **ORDER**

Upon notification by the parties that they have reached a settlement in this matter, and

for good cause, it is

ORDERED that on or before November 20, 2007, the parties shall file a joint

stipulation of dismissal or other appropriate pleadings.

DONE, this 6th day of November, 2007.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE