IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRY VILLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-151-WKW |
| ) | |
| AUTAUGA COUNTY, ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. #32), it is ORDERED that the motion is GRANTED and this case is DISMISSED with prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 8th day of November, 2007.

                                         /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE